**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

BARBARA R. KERRIGAN
SUPERVISING PROBATION OFFICER

February 10, 2012

Cornerstone Commerce Center
1201 New Road, Suite 212
Linwood, N.J. 08221
(609) 867-7110
FAX: (609) 867-7118
www.njp.uscourts.gov

Honorable Stanley R. Chesler
United States District Judge
Martin Luther King Jr. Federal Building & Courthouse
PO Box 0999
Newark, NJ 07102-0999

**RE: ALDARELLI, Sr., CHRISTOPHER**
**DOCKET NO: 07-00107-001**
**COURT NOTIFICATION OF OFFENDER'S EXPIRATION OF SUPERVISION**

Dear Judge Chesler:

This letter is to update Your Honor with respect this offender's non-compliance, which was previously reported to the Court, and to seek judicial guidance on the forthcoming expiration of the offender's term of supervised release.

By way of background, on November 20, 2007, the above offender was sentenced by Your Honor, following his guilty plea on one count of Attempting to Evade or Defeat Income Tax. He was sentenced to a 15 month term of imprisonment, followed by a 36 month term of supervised release. As special conditions of supervised release, the offender was ordered to provide access to any requested financial information, he was prohibited from incurring any new debt, and he was ordered to cooperate with the IRS. A $100 special assessment was additionally ordered, which was due immediately.

On February 20, 2009, the offender was released from custody and began his term of supervised release. The offender was compliant and resumed employment as a proprietor of CRI Site Improvement of Ocean Township, New Jersey, a landscaping/hardscaping company.

In correspondence to the Court dated August 29, 2011, we informed of certain non-compliance outlined in a Report of Offender Under Supervision (Probation Form 12A). Specifically, we reported that the offender had been charged with theft by deception as it pertained to a complaint by a business associate and homeowner. At that time, the Court directed that no action be taken. This letter will serve to notify the Court that the aforementioned charge against the offender remains pending Grand Jury action in the Superior Court of New Jersey, Monmouth County Vicinage, at this time. It is possible, perhaps even probable, based on the nature of this offense, that upon presentation to the Grand Jury, the matter will be referred for civil outcome. We also wish to notify the Court that the offender's term of supervised release expires on February 19, 2012. Based upon the pending criminal complaint, we are seeking guidance from the Court as to how the Court wishes to address this unresolved matter. Specifically, would the Court wish to allow supervision to expire, notwithstanding the pending complaint, or would the Court prefer that the Probation Office submit a Request for Modification of Supervised Release (Probation Form 12B), so that the offender's term of supervision can be extended in order to continue to monitor the outcome of the pending

Christopher Aldarelli, Sr.
Page 2

complaint. We also wish to inform the Court that the offender is otherwise in compliance with his conditions of supervision.

Please do not hesitate to contact the undersigned officer at 609-867-7116, should the Court need any further information or have any additional questions.

Very truly yours,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Carolyn S. Johnson
U.S. Probation Officer

---

**The Court directs that the following action be taken:**

[X] Supervision of this case shall expire as scheduled on February 19, 2012
[ ] The Probation Office shall submit a Modification of Supervised Release Report requesting an extension of Supervised Release
[ ] Other_____

_____
Signature for Judicial Official

2/21/12
Date

/csj